**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**
**FOURTH DIVISION**

Court File No.: 01-CV-1882
Judges: JET/FLN

John Jamison on behalf of himself and all others similarly situated,

Plaintiff,

vs.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNT I AND STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF COUNTS II & III AND ORDER FOR JUDGMENT**

RECEIVED
BY MAIL
FEB 22 2002
CLERK US DIST COURT
ST. PAUL, MN

Morrie's Automotive Group d/b/a Morrie's Mazda and all other affiliated automotive dealerships,

Defendant.

**WHEREAS,** Plaintiff commenced the immediate lawsuit in the United States District Court, State of Minnesota, based on the contention that the Court had federal subject matter jurisdiction by virtue of Plaintiff's Count I claims under the federal Truth in Lending Act ("TILA"), 15 U.S.C. §1601, *et seq*.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned counsel, that Count I of the Complaint, which alleges violations of the federal Truth in Lending Act ("TILA"), 15 U.S.C. §1601, *et seq*., are hereby dismissed with prejudice on the merits and without costs or disbursements, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties, through their



FILED FEB 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 25 2002
DEPUTY CLERK

respective undersigned counsel, that the Count II and III claims, which allege violations of Minnesota state law, are hereby dismissed without prejudice and without costs or disbursements, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal without prejudice be entered accordingly.

Dated: February 15, 2002

**CONSUMER JUSTICE CENTER, P. A.**

Thomas J. Lyons, Jr. (#249646)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
(651) 779-9707

Dated: February, 20, 2002

**JOHNSON & VAN VLIET, L. L. P.**

Gregory J. Johnson (#202678)
Attorneys for Defendant
332 Minnesota Street, Suite West 975
St. Paul, MN 55101
(651) 227-2534

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment dismissing Count I of the Complaint and the class action allegations based thereon with prejudice and on the merits and without costs or disbursements, and Counts II and III of the Complaint without prejudice and without costs or disbursements.

Dated this 25th day of February, 2002.

**BY THE COURT:**

Judge of District Court